UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
PERRIGO NEW YORK, INC., :
                        Petitioner, :
             -against- :      21 Civ. 10400 (LGS)
:
INTERNATIONAL BROTHERHOOD OF :      ORDER
TEAMSTERS LOCAL UNION 210, :
                      Respondent. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, this action concerns a petition to confirm an arbitration award (the "Petition").

    WHEREAS, Respondent waived service on December 22, 2021, (Dkt. No. 7) but has not yet appeared in this action.

    WHEREAS, Respondent was required to answer, move or otherwise respond to the Petition by February 21, 2022. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

    WHEREAS, "default judgments in confirmation/vacatur proceedings are generally inappropriate." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Instead, a district court should treat an unanswered petition to confirm or vacate an arbitration award "as an unopposed motion for summary judgment." *Id.* at 110; *accord Carroll v. Wells Fargo Clearing Servs., LLC*, No. 20 Civ. 4918, 2021 WL 634721, at *2 (S.D.N.Y. Feb. 17, 2021). It is hereby

    **ORDERED** that the Petition will be treated as an unopposed motion for summary judgment. Petitioner's unopposed motion for summary judgment is deemed fully briefed and will be decided on the papers already filed.

Dated: February 23, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**