UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PERRIGO NEW YORK, INC.,
                       Petitioner,

         -against-

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION 210,
                       Respondent.
-----------------------------------------------------------X

21 CIVIL 10400 (LGS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2022, the Petition is GRANTED in part; accordingly, the case is closed.

**Dated**: New York, New York
         April 6, 2022

                                            RUBY J. KRAJICK
                                            _____
                                            Clerk of Court
                        BY: _____
                                            Deputy Clerk